# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BAKER, TIM A. | U.S.DISTRICT COURT, SDIN | 11/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. MAGISTRATE JUDGE FULL-TIME | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
46 E. OHIO STREET, ROOM 234
INDIANAPOLIS, IN 46204

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodion | Vanguard Group Trustee (Nos. 1-3) |
| 2. Trustee | Residence Trust Agreement (Trust No. 9) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAKER, TIM A. | 11/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Indiana University |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University | 3/18/2019 | Durham, North Carolina | Seminar Speaker | Airfare and Hotel |
| 2. | Judges and Lawyers Assistance Program (JLAP) | 4/26/2019 | Nashville, Indiana | JLAP Retreat | Hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAKER, TIM A. | 11/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. John Daerr | 2 nights' lodging at residence | $550.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Capital One | Visa credit card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAKER, TIM A. | 11/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Vanguard Trust Group | E | Interest | N | T | Sold<br>(part) | 01/06/19 | J | | |
| 2. | | | | | Sold<br>(part) | 02/04/19 | J | | |
| 3. | | | | | Sold<br>(part) | 03/06/19 | J | | |
| 4. | | | | | Sold<br>(part) | 03/21/19 | J | | |
| 5. | | | | | Sold<br>(part) | 04/11/19 | J | | |
| 6. | | | | | Sold<br>(part) | 04/29/19 | J | | |
| 7. | | | | | Sold<br>(part) | 05/16/19 | J | | |
| 8. | | | | | Sold<br>(part) | 05/27/19 | J | | |
| 9. | | | | | Sold<br>(part) | 06/04/19 | J | | |
| 10. | | | | | Sold<br>(part) | 06/26/19 | J | | |
| 11. | | | | | Sold<br>(part) | 07/30/19 | J | | |
| 12. | | | | | Sold<br>(part) | 08/12/19 | K | | |
| 13. | | | | | Sold<br>(part) | 08/26/19 | J | | |
| 14. | | | | | Sold<br>(part) | 09/25/19 | J | | |
| 15. | | | | | Sold<br>(part) | 10/14/19 | J | | |
| 16. | | | | | Sold<br>(part) | 10/15/19 | J | | |
| 17. | | | | | Sold<br>(part) | 11/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAKER, TIM A. | 11/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Sold (part) | 12/23/19 | J | | |
| 19.  Residence Trust Agreement (Trust. 9) | | None | O | W | | | | | |
| 20.  TIAA CREF (QCGRIX) | A | Interest | O | T | | | | | |
| 21.  College Choice 529 Investment Plans aged based | A | Interest | J | T | Sold (part) | 01/17/19 | J | | |
| 22. | | | | | Sold (part) | 01/22/19 | J | | |
| 23. | | | | | Sold (part) | 02/20/19 | J | | |
| 24. | | | | | Sold (part) | 02/29/19 | J | | |
| 25. | | | | | Sold (part) | 03/06/19 | J | | |
| 26. | | | | | Sold (part) | 04/11/19 | J | | |
| 27. | | | | | Sold (part) | 04/22/19 | J | | |
| 28. | | | | | Sold (part) | 08/16/19 | J | | |
| 29. | | | | | Sold (part) | 08/26/19 | J | | |
| 30. | | | | | Sold (part) | 09/05/19 | J | | |
| 31. | | | | | Sold (part) | 09/25/19 | J | | |
| 32. | | | | | Sold (part) | 10/28/19 | J | | |
| 33. | | | | | Sold (part) | 12/09/19 | J | | |
| 34. | | | | | Sold (part) | 12/10/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAKER, TIM A. | 11/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 12/23/19 | J | | |
| 36. Edward Jones Growth Fund of America Trust No. 3 | A | Interest | | | Sold | 06/05/19 | J | | |
| 37. Chase Bank Account No. 1 -Cash equivalet | | None | J | T | | | | | |
| 38. Chase Bank Account No. 2 -Cash equivalet | A | Interest | K | T | | | | | |
| 39. Chase Bank Account No. 3 -Cash equivalet | | None | J | T | | | | | |
| 40. Chase Bank Account No. 4 -Cash equivalet | A | Interest | J | T | | | | | |
| 41. Raymond James IRA | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAKER, TIM A. | 11/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  With respect to Part VII, line 20, TIAA CREF fund is a 401(K) retirement fund with monthly contibutions with a value that is below the reporting threshold. Additionally, that account is more fully described as the "TIAA-CREF Growth Account," with NASDAQ symbol of QCGRIX.

2.  With respect to Part VII, line 21, these 529 plans are aged-based plans, with montly contributions to each plan. The value of the contributioins to each plan each month is a value that is below the reporting threshold.

3. The Raymond James IRA identified in Part VII, line 41, is a fund consisting of the following mix of Vanguard mutual, growth, income, bond and equity funds: Vanguard Growth and Income (VGIAX), Vanguard Short Term Bond Index Fund (VBIRX), Vanguard Windsor II Fund (VWNAX), Vanguard Inflation Protected Securities (VAIPX), Vanguard High Yield Corporate Fund (VWEAX), Vanguard Intermediate Term Investment Grade (VFIDX), and Vanguard Global Equity Fund (VHGEX).

| Name of Person Reporting | Date of Report |
|---|---|
| BAKER, TIM A. | 11/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ TIM A. BAKER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544